UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
QSL CORPORATION and          )
CKQ DESIGNS, INC.,           )
                             )
     Plaintiffs,             )
                             )
     v.                      )    Civil Action No.
                             )
CHRISTMAS TREE SHOPS, INC.,  )    MAGISTRATE JUDGE
                             )
     Defendant.              )
                             )
```

05 10885 WGY

COMPLAINT AND JURY DEMAND

Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

1. Plaintiff QSL CORPORATION is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2. Plaintiff CKQ DESIGNS, INC. is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

3. On information and belief, Defendant CHRISTMAS TREE SHOPS, INC. is a Massachusetts corporation having a place of business at 261 Whites Path, South Yarmouth, Massachusetts 02664.

4. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 in that the Complaint sets forth a

count for patent infringement under Title 35 of the United States Code.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

6. Plaintiff QSL CORPORATION is the exclusive licensee, and Plaintiff CKQ Designs, Inc. is the assignee, of U.S. Patent No. 501,205 entitled "Holder/Charging Stand for a Mobile Phone or the Like," which Patent duly issued on January 25, 2005 (the "'205 patent"). A true copy of the '205 Patent is attached hereto as Exhibit A.

7. Plaintiffs have the exclusive rights to make, use, offer for sale, and sell mobile phone holders and/or charging stands embodying the invention of the '205 Patent.

8. On information and belief, Defendant has been and is making, using, offering for sale, and and/or selling, mobile phone holders and/or charging stands embodying the invention of the '205 Patent, without authorization from Plaintiffs.

9. Said actions of Defendant constitute infringement of the '205 Patent under 35 U.S.C. § 271.

WHEREFORE, Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC. demand judgment as follows against the Defendant:

A. That this court preliminarily and permanently enjoin Defendant, from the manufacture, use, offer for sale, and sale of products that infringe the '205 Patent.

B. That Defendant provide an accounting for damages regarding its manufacture, use, offer for sale, and sale of the infringing products.

C. That Plaintiffs be awarded damages adequate to compensate for the infringement, including Defendant's profits pursuant to 35 U.S.C. § 289, but in no event less than a reasonable royalty, together with interest and costs.

D. That this Court grant such other order and further relief as it deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demand trial by jury of all issues so triable.

QSL CORPORATION,
CKQ DESIGNS, INC.

*[signature]*

John L. Welch   BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

US00D501205S

# (12) United States Design Patent
## Quinn

(10) Patent No.: **US D501,205 S**
(45) Date of Patent: ** Jan. 25, 2005

(54) **HOLDER/CHARGING STAND FOR A MOBILE PHONE OR THE LIKE**

(75) Inventor: Kevin J. Quinn, Methuen, MA (US)

(73) Assignee: CKO Designs, Inc., Dracut, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,860**

(22) Filed: **Mar. 22, 2004**

(51) LOC (7) Cl. .................................................. 14-03
(52) U.S. Cl. .................................................. D14/253
(58) Field of Search ........................ D14/137, 434, D14/138, 447, 148, 147, 149–151, 140–142, 240, 241, 251–253, 451, 218; 379/426, 449, 419, 420.01–420.04, 428.01–428.04, 440, 454, 455, 446; 455/550.1–90.3; D13/107, 108; 224/670, 197, 271; D3/218; 248/221.11, 231.81; 320/110–115

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D206,590 S | * | 1/1967 | Haggstrom | D13/108 |
| 3,644,873 A | * | 2/1972 | Dalton et al. | 439/299 |
| D275,482 S | * | 9/1984 | Coons et al. | D14/253 |
| 4,741,034 A | * | 4/1988 | Errichiello et al. | 379/455 |
| D313,221 S | * | 12/1990 | Skully et al. | D13/108 |
| D334,384 S | * | 3/1993 | Nye | D14/149 |
| D345,728 S | * | 4/1994 | Tyneski et al. | D13/108 |
| D352,282 S | * | 11/1994 | Toh et al. | D14/150 |
| D357,990 S | * | 5/1995 | Cheng et al. | D26/38 |
| 5,479,486 A | * | 12/1995 | Saji | 455/573 |
| D368,892 S | * | 4/1996 | Tanaka | D13/108 |
| D369,163 S | * | 4/1996 | Leung et al. | D14/150 |
| D369,344 S | * | 4/1996 | Lindeman et al. | D13/108 |
| 5,525,888 A | * | 6/1996 | Toya | 320/111 |
| D385,252 S | * | 10/1997 | Snyder et al. | D13/108 |
| D396,033 S | * | 7/1998 | Ahearn et al. | D14/457 |
| D399,244 S | * | 10/1998 | Coveley | D18/12 |
| 5,946,637 A | * | 8/1999 | Umbach et al. | 455/573 |
| D417,431 S | * | 12/1999 | Okura et al. | D13/108 |
| D422,556 S | * | 4/2000 | Okura et al. | D13/107 |
| D428,597 S | * | 7/2000 | Murata et al. | D13/108 |
| 6,130,521 A | * | 10/2000 | Collins et al. | 320/115 |
| D433,991 S | * | 11/2000 | Buchin et al. | D13/108 |
| D451,498 S | * | 12/2001 | Rossel | D14/218 |
| D460,446 S | * | 7/2002 | Hughes et al. | D14/253 |
| D463,361 S | * | 9/2002 | Ruohonen | D13/108 |
| 6,509,716 B2 | * | 1/2003 | Yi | 320/115 |
| D471,578 S | * | 3/2003 | Okuley | D16/242 |
| 6,534,953 B2 | * | 3/2003 | Shirakawa | 320/114 |
| D475,346 S | * | 6/2003 | McCurrach et al. | D13/108 |
| D477,823 S | * | 7/2003 | Lavello, Sr. | D14/253 |
| D480,393 S | * | 10/2003 | Toor et al. | D14/253 |
| D486,786 S | * | 2/2004 | Eroma et al. | D13/108 |

FOREIGN PATENT DOCUMENTS

WO          DM/061400       * 7/2002

* cited by examiner

Primary Examiner—Jeffrey Asch
(74) Attorney, Agent, or Firm—John L. Welch

(57) **CLAIM**

The ornamental design for a holder/charging stand for a mobile phone or the like, as shown and described.

**DESCRIPTION**

FIG. 1 is perspective view of the holder/charging stand for a mobile phone or the like according to our new design, as seen from the left front corner thereof.
FIG. 2 is right side elevational rear view thereof, the left side elevational view being a mirror image thereof.
FIG. 3 is a front elevational view thereof; and,
FIG. 4 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



U.S. Patent    Jan. 25, 2005    US D501,205 S



FIG. 1



FIG. 4



FIG. 3



FIG. 2

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.

**DEFENDANTS**
CHRISTMAS TREE SHOPS, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Welch and Ian J. McLoughlin
Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210-2600
617-832-1000

ATTORNEYS (IF KNOWN)

05 10885 WGY

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT Plaintiff
- ☒ 3 FEDERAL QUESTION (US Government Not a Party)
- ☐ 2 U.S. GOVERNMENT Defendant
- ☐ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety Health | ☒ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | **LABOR** | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholder Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiffs allege that Defendant has infringed their patent and rights under 35 U.S.C. § 271.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 4/29/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT# ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. v. CHRISTMAS TREE SHOPS, INC.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ☐  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950       for patent, trademark or copyright cases

   ☐  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?    YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)    YES ☐    NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?    YES ☐    NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C))    YES ☐    NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D))    YES ☐    NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?    YES ☐    NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? EASTERN

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION:    YES ☐    NO ☐    OR WESTERN SECTION;    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  John L. Welch and Ian J. McLoughlin
ADDRESS  Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600
TELEPHONE NO  (617) 832-1000

(Categfrm.rev-3/97)  1995557