UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION and CKQ DESIGNS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHIRSTMAS TREE SHOPS, INC., <br><br> Defendant. | ) <br> ) <br> ) **05 10885 WGY** <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' CORPORATE DISCLOSURE

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

QSL CORPORATION d/b/a WAXCESSORIES

John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated: April 29, 2005

B3026892.1

- 1 -