AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

QSL CORPORATION d/b/a WAXCESSORIES and
CKQ DESIGNS, INC.

V.

CHRISTMAS TREE SHOPS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10885 WGY

TO: CHRISTMAS TREE SHOPS, INC.
261 Whites Path
South Yarmouth, Massachusetts 02664

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Welch and Ian J. McLoughlin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE APR 29 2005

CLERK

(BY) DEPUTY CLERK

79720

I hereby certify and return that today, May 4, 2005, at 2:50 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Christmas Tree Shops Inc., by giving in hand to Carol Oldham Agent in Charge. Said service was effected at: Christmas Tree Shops Inc., 261 Whites Path, South Yarmouth, MA 02664.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 4, 2005.

*[signature]*

**Joseph P. Butler Jr.**, Process Server
& Disinterested Person over Age 18.

Service & Travel:$225.00

**Butler and Witten**
Boston, MA
(617) 325-6455