UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| QSL CORPORATION and<br>CKQ DESIGNS, INC. | )<br>)<br>) | |
| v. | ) | Civil Action No.: 05-10885-WGY |
| CHRISTMAS TREE SHOPS, INC. | )<br>) | |

### DEFENDANT'S (ASSENTED TO) MOTION TO ENLARGE
### TIME TO FILE RESPONSIVE PLEADING

The defendant, Christmas Tree Shops, Inc., moves the Court, pursuant to Fed.R.Civ.P. 6(b)(1), for an enlargement of time to file its responsive pleading to the plaintiffs' Complaint in the above matter. As grounds for this Motion, the defendant states as follows:

(1)    The defendant's responsive pleading is currently due to be filed on May 24, 2005.

(2)    The plaintiffs have assented to a two-week enlargement of time for the defendant to file its responsive pleading up to and including June 7, 2005, in order to afford the defendant a brief period of time to review the factual allegations of the plaintiffs' Complaint, and to afford the parties and their counsel an opportunity to review the matter and ascertain whether there is any likelihood of a resolution short of litigation.

(3)    None of the parties will be prejudiced by allowance of this brief enlargement of time.

-2-

WHEREFORE, the defendant's Motion for Enlargement of Time should be ALLOWED.

          CHRISTMAS TREE SHOPS, INC.
          By its attorney,


          /s/ John Egan
          John Egan, BBO # 151670
          Posternak Blankstein & Lund LLP
          Prudential Tower
          800 Boylston Street
          Boston, MA  02199
          Tel:  617-973-6226
          Fax:  617-722-4920
          jegan@pbl.com

ASSENTED TO:
QSL CORPORATION and
CKQ DEISGNS, INC.
By their attorneys,


/s/ Ian J. McLoughlin
John L. Welch, BBO # 522040
Ian J. McLoughlin, BBO # 647203
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210
617-832-1000