UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

QSL CORPORATION and       )
CKQ DESIGNS, INC.         )
                          )
v.                        )    Civil Action No.:  05-10885-WGY
                          )
CHRISTMAS TREE SHOPS, INC.  )

## JOINT MOTION TO ENLARGE
## TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING

The parties jointly move the Court, pursuant to Fed.R.Civ.P. 6(b)(1), for an enlargement of time for the defendant to file its responsive pleading to the plaintiffs' Complaint in the above matter up to and including June 21, 2005.  As grounds for this Motion, the parties state as follows:

(1)    The defendant's responsive pleading is currently due to be filed on June 7, 2005.

(2)    In the meantime, the parties continue to be actively engaged in settlement discussions.  The parties have agreed that the defendant will not sell the product that is the subject of the plaintiffs' Complaint while these discussions are ongoing, and have further agreed that the *status quo* in that regard will be maintained for at least the duration of the two week enlargement of time proposed by the within motion.

(3)    None of the parties will be prejudiced by allowance of this brief enlargement of time, which will also have the effect of conserving judicial time and resources.

ID # 432989v01/2585-9/ 06.01.2005

-2-

WHEREFORE, the parties' Joint Motion for Enlargement of Time should be ALLOWED.

        QSL CORPORATION and
        CKQ DEISGNS, INC.
        By their attorneys,


        /s/ Ian J. McLoughlin
        John L. Welch, BBO # 522040
        Ian J. McLoughlin, BBO # 647203
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA  02210
        617-832-1000


        CHRISTMAS TREE SHOPS, INC.
        By its attorney,


        /s/ John Egan
        John Egan, BBO # 151670
        Posternak Blankstein & Lund LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA  02199
        Tel:  617-973-6226
        Fax:  617-722-4920
        jegan@pbl.com