## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

QSL CORPORATION and CKQ DESIGNS, INC.,

        Plaintiffs,

v.                                                    Civil Action No.:  05-10885-WGY

CHRISTMAS TREE SHOPS, INC.,

        Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of the defendant, Christmas Tree Shops, Inc.

| **OF COUNSEL** | Respectfully submitted, |
| --- | --- |
|  | CHRISTMAS TREE SHOPS, INC., |
| Bruce H. Sales | By its attorney, |
| Matthew E. Hanley |  |
| LERNER, DAVID, LITTENBERG, |  |
|  KRUMHOLZ & MENTLIK, LLP |  |
| 600 South Avenue West | /s/ John Egan |
| Westfield, NJ  07090 | John Egan |
| 908-654-5000 | Posternak Blankstein & Lund LLP |
| bsales@ldlkm.com | Prudential Tower |
|  | 800 Boylston Street |
|  | Boston, MA  02199 |
|  | (617) 973-6226 |
|  | jegan@pbl.com |