# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

QSL CORPORATION and CKQ DESIGNS, INC.,

                Plaintiffs,

v.                                                                           Civil Action No.:  05-10885-WGY

CHRISTMAS TREE SHOPS, INC.,

                Defendant.

## DEFENDANT CHRISTMAS TREE SHOPS, INC.'S
## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3(A), defendants Christmas Tree Shops, Inc. states that it has one parent corporation, Bed Bath & Beyond Inc., which is publicly traded.

| | |
|---|---|
| **OF COUNSEL** | Respectfully submitted,<br>CHRISTMAS TREE SHOPS, INC., |
| Bruce H. Sales<br>Matthew E. Hanley<br>LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ  07090<br>908-654-5000<br>bsales@ldlkm.com | By its attorney,<br><br>/s/ John Egan<br>John Egan<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199<br>(617) 973-6226<br>jegan@pbl.com |