UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QSL CORPORATION and<br>CKQ DESIGNS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRISTMAS TREE SHOPS, INC.,<br><br>    Defendant. | Civil Action No.<br>05-10855-WGY |

### STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the parties to this action, by their respective counsel, hereby stipulate that this action be and hereby is dismissed without prejudice, each party to bear its own costs and attorney fees.

QSL CORPORATION and
CKQ DESIGNS, INC.

_/s/ John L. Welch_
John L. Welch   BBO 522,040
Ian J. McLoughlin   BBO 647,203
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

CHRISTMAS TREE SHOPS, INC.

_/s/ John Egan_
John Egan   BBO 151670
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
617/973-6226